UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-21594-CIV-MORENO**

DAY CRUISES MARITIME, LLC,

    Plaintiff,

vs.

DISCOVERY DAWN, LLC, and DISCOVERY DAWN, a Limited Partnership C/O Apollo Ship Chandlers, Inc.,

    Defendants.
_____/



## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Notice of Settlement **(D.E. 45)**, filed **August 26, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. Further, all pending motions are **DENIED** as moot with leave to renew if appropriate. The Court retains jurisdiction for 90 days over the settlement agreement, which must be filed with the Court by **September 11, 2008**. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record